United States District Court
Southern District of Texas
**ENTERED**
May 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| KATRINA CANNON, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | MISCELLANEOUS NO. 6:21-MC-5 |
| | § | |
| SHELLY MERRITT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION TO DISMISS
## CASE FOR FAILURE TO PROSECUTE

Plaintiffs filed a complaint on March 31, 2021. (D.E. 1). The U.S. District Clerk notified Plaintiffs the pleading was deficient for failure to pay the filing fee or, alternatively, for failing to file an application to proceed *in forma pauperis*. (D.E. 2). Plaintiffs were directed to either pay the filing fee or to submit the required *in forma pauperis* documents no later than April 28, 2021 and were warned that failure to comply may result in dismissal for want of prosecution. (D.E. 2); Fed. R. Civ. P. 41(b). Plaintiffs did not comply. Therefore, on April 29, 2021, Plaintiffs were ordered by the undersigned to either pay the requisite filing fee or file applications for leave to proceed *in forma pauperis* on or before May 10, 2021. (D.E. 3). Plaintiffs were again warned their case may be dismissed for want of prosecution if they failed to comply. (D.E. 3); *McCullough v. Lynaugh*, 835 F.2d 1126 (5th Cir. 1988); Fed. R. Civ. P. 41(b). Plaintiffs have again failed to comply.

Therefore, it is respectfully recommended that Plaintiffs' case be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b). *See also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (holding district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute).

Respectfully submitted this 12th day of May, 2021.

_____
Jason B. Libby
United States Magistrate Judge

NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(c); Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a Magistrate Judge's report and recommendation within **FOURTEEN (14) DAYS** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).